US District court

District of south carolina

Florence Divison

VonEric Primus
   V.
FBOP MEDICAL SERVICES,
Assistant Health service
Administratatior Ms Allen

MAR 17 '25 PM 1:27
RCV'D - USDC FLO SC

My complaint is that FCI Williamsburg 's Assistant Health Service Administrator (Ms.Allen) is acting with deliberate indifference to my serious medical needs resulting in substantial harm. The United States Supreme court has stated that "deliberate indifference to serious medical needs of Prisoners constitutes the unnecessary and wanton infliction of pain... Proscribe by the eight Amendment." Estelle V. Gamble, 492 U.S. 97,104,97 s.ct.285 (1976); see Erickson V. Pardus 551 U.S 89,94,127 s.ct 2197(2007). In this instance, I've been having chest pains since Dec. of 2023 and a bad cough since 2019 which I've thrown up body tissue from continuously coughing in 2022. I've put in multiple sick calls and was "specific" about my medical issue as i could possibly be. I was also informed by Ms.Allen that if i waas to submit any more sick calls that she would have me put in for stalking. I was told to report to medical if my condition was to worsened i did so jus like i have with my previous informal Resolution Attempt's. I feel as if medical staff has talked to me enough and still have'nt found the cause of my ongoing medical issue I need to see an outside doctor, Its been a year I need to see someone who can tell me what's going on wit my body I've talked to the Warden,capt.and Aw aswell. I feel as if my medical complaints are not being taken serious. This is my health that I've been complaining about for years. I need some medical attention ASAP Please. I've also been giving medication for heart problems but I'm being told that my medical issue isn't heart related.
In closing, the Atta's (Ms.Allen) has acted with deliberate indifference to my serious medical needs causing me suubstantial harm unnecessary pain and suffering by denying me access to medical personnel qualified to ecercise judgment about my particular medical promlem. Therefore I'm requesting to be sent to an outside doctor who can tell me exactly the cause of my chest pain and persistent coughing.
I have complied with all deadlines in my administrative remedy request, but I did not receive a response from the Regional Director within 35 days I initially filed a BP-8 at the institutional level on November 11,2024, which was denied on November 12,2024. I then filed a BP-9 at the institutional level on November 28,2024, which was denied on Dec.18 2024. I then timely submitted my BP-10 to the Regional Office on December 19, 2024. Received by Regional Office on January 2nd, 2025, However, despite the required response time, I did not receive a decision.I subsequently submitted my BP-11 appeal on January 28, 2025. This appeal was rejected on February 18,2025,and I received the rejection notice on Feb19,2025 The reason provided for the rejection notice was: "CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION FOR REJECTON.FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION NOTICE." According to www.usps.com my appeal arrived at southeast Regional Office, as of this date March 11 2025 I have not received no notice of extension of time nor any rejection notice of my BP-10 so in accordance with 542.18 which provides: If the inmate does not receive a response within the time allotted for reply, including extension the inmate may consider the absence of a response to be a denial at that level. Therefore I have properly and timely filed this appeal. As I have followed all procedural requirements and have yet to receive a substantive response, I respectfully request that my civil action request be reviewed and addressed promptly. I'm seeking proper medical attention pertaining to my ongoing chest pains and persistent coughing

Thank you for your time and attention to this matter

Respectfully,
VonEric Primus 34413-057

VonEric Primus